# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERTO GONZALES, | ) | 1:12-cv-01044 GSA PC |
| Plaintiff, | ) ) ) | ORDER DISMISSING ACTION AS DUPLICATIVE |
| v. | ) ) | |
| JAMES HARTLEY, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2). "Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that . . . the action or appeal . . . fails to state a claim upon which relief may be granted." 28 U.S.C. § 1915(e)(2)(B)(ii).

Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation at Avenal State Prison, brings this civil rights action against correctional officials

1 employed by the Department of Corrections and Rehabilitation at Avenal.  In this action, Plaintiff
2 sets forth allegations of inadequate medical care.  Specifically, Plaintiff alleges that he is 85% blind,
3 has vision problems, and has been denied rigid contact lenses that have been prescribed.   Plaintiff
4 makes the exact same allegations in <u>Gonzales v. Avenal State Prison, et al.</u>, 1:11 cv 1212 DLB PC,
5 filed on July 22, 2011.  This action was filed on June 27, 2012.  A review of the complaint in this
6 action reveals that the allegations are identical to those set forth in the earlier action.

     Accordingly, IT IS HEREBY ORDERED that this action is dismissed, without prejudice, as duplicative of the earlier action.  The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:   September 21, 2012**                    **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE